No. 91–641.  FENN ET AL. *v.* ALFADDA ET AL.  C. A. 2d Cir. Certiorari denied.

No. 91–643.  BRYANT *v.* BROOKLYN BARBECUE CORP. ET AL. C. A. 8th Cir.  Certiorari denied.

No. 91–645.  BUCHANAN *v.* FIRST GIBRALTAR BANK, FSB. C. A. 5th Cir.  Certiorari denied.

No. 91–646.  INVESTACORP, INC. *v.* ARABIAN INVESTMENT BANKING CORP. (INVESTCORP) E. C., DBA INVESTCORP, ET AL. C. A. 11th Cir.  Certiorari denied.

No. 91–647.  ASKEW ET AL., DBA T & T PRODUCTION CO. *v.* CHILES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 91–649.  GREENE ET AL. *v.* TOWN OF BLOOMING GROVE ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 91–654.  CAFARO *v.* NEW YORK.  App. Term, Sup. Ct. N. Y., 9th and 10th Jud. Dists.  Certiorari denied.

No. 91–660.  DOWNTOWN AUTO PARKS, INC. *v.* CITY OF MILWAUKEE ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 91–663.  CLARK *v.* CLARK, EXECUTOR OF THE ESTATE OF CLARK.  Sup. Ct. Iowa.  Certiorari denied.

No. 91–665.  GELB *v.* UNITED STATES ET AL.  C. A. 2d Cir. Certiorari denied.

No. 91–673.  BLOCK, SHERIFF OF LOS ANGELES COUNTY, ET AL. *v.* BOUMAN.  C. A. 9th Cir.  Certiorari denied.

No. 91–696.  WILSON *v.* SECURITY INSURANCE CO.  Sup. Ct. Conn.  Certiorari denied.

No. 91–738.  SCHALTENBRAND *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.